UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

QUEBECOR WORLD (USA) INC.,

        Plaintiff,

v.                                       **DECISION AND ORDER**
                                           06-CV-439S

RECOGNITION COMMUNICATIONS, INC.

        Defendant.

---

        1.        On August 18, 2008, this Court filed a Decision and Order granting Plaintiff's Motion for Summary Judgment and finding that Plaintiff is entitled to (1) $592,628.99 in damages on its first cause of action; (2) $248,080.23 in damages on its fourth cause of action; and (3) attorney's fees, costs, and interest pursuant to the two agreements at issue. (Docket No. 41.)  This Court directed Plaintiff to file a Statement of Reasonable Attorney's Fees, Costs, and an Updated Interest Calculation by September 12, 2008, and directed Defendant to respond by September 26, 2008.

        2.        Plaintiff timely filed its submission on September 12, 2008. (Docket No. 42.) Plaintiff seeks $13,863.46 in attorney's fees, $430.10 in costs, and $195,972.22 in interest, plus $183.76 per day in interest after August 31, 2008.  Defendant has not filed any opposition to Plaintiff's request.  Upon review, this Court finds Plaintiff's request to be supported and reasonable, and will direct the Clerk of the Court to enter a corresponding judgment.

IT HEREBY IS ORDERED, that for the reasons stated in this Court's August 18, 2008 Decision and Order (Docket No. 41), this Court finds that Plaintiff is entitled to Judgment against Defendant as set forth below.

FURTHER, that this Court finds Plaintiff's unopposed request for attorney's fees, costs, and interest (Docket No. 42) to be supported and reasonable.

FURTHER, that the Clerk of the Court shall enter judgment in Plaintiff's favor against Defendant in the total amount of $1,056,487.80, broken down as follows:

- $592,628.99 in damages on Plaintiff's first cause of action for Defendant's breach of the Travel Guide Agreement;

- $248,080.23 in damages on Plaintiff's fourth cause of action for Defendant's breach of the Accommodations Guide Agreement;

- $201,485.02 in interest through September 30, 2008;

- $13,863.46 in attorney's fees;

- $430.10 in costs.

FURTHER, that the Clerk of the Court shall close this case.

SO ORDERED.

Dated:   September 30, 2008
         Buffalo, New York

                                        /s/William M. Skretny
                                         WILLIAM M. SKRETNY
                                        United States District Judge